CHAMBERCOPY

BRENDAN DOLAN, State Bar No. 126732
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

E-filing

Attorneys for Defendant
NOKIA INC.

LAWRENCE J. KING
LAW OFFICES OF LAWRENCE J. KING
6 C Street
Petaluma, CA 94952
Tel: 707.769.9791
Fax: 707.769.9253

Attorneys for Plaintiff
SHERYL HEDTKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHERYL HEDTKE,<br><br>                    Plaintiff,<br><br>          vs.<br><br>NOKIA BROADBAND SYSTEMS, a division of NOKIA, INC., a corporation, and DOES ONE through TEN, inclusive,<br><br>                    Defendants. | Case No. C 03-01178 MMC<br><br>**JOINT STIPULATION TO CONTINUE A SETTLEMENT CONFERENCE**<br><br>Date of Filing: 2/13/03 |

Plaintiff Sheryl Hedtke and Defendant Nokia, Inc, by and through their counsel, hereby stipulate to continue the settlement conference scheduled for June 7, 2005, until the completion of discovery.

The parties respectfully submit that good cause exists for this request. The parties currently have a settlement conference scheduled for June 7, 2005 before Magistrate Judge Bernard Zimmerman, however, neither party has completed discovery. In order to have a

1-SF/7234441.1

1

JOINT STIPULATION TO REFER TO A MAGISTRATE
JUDGE AND [PROPOSED] ORDER
(No. C 03-01178 MMC)

meaningful and effective settlement conference, it is critical that the parties are able to complete discovery.

The parties respectfully request that the court approve this stipulation.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: June 2, 2005                     LAW OFFICES OF LAWRENCE J. KING

/s/
LAWRENCE J. KING
Attorneys for Plaintiff SHERYL HEDTKE

Dated: June 2, 2005                     MORGAN, LEWIS & BOCKIUS LLP

/s/
BRENDAN DOLAN
Attorneys for Defendant NOKIA INC.

**DENIED**
untimely

Bernard Zimmerman
United States Magistrate Judge

3 June 05
Date