```
BRENDAN DOLAN, State Bar No. 126732
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendant
NOKIA INC.


LAWRENCE J. KING
LAW OFFICES OF LAWRENCE J. KING
6 C Street
Petaluma, CA  94952
Tel: 707.769.9791
Fax: 707.769.9253

Attorneys for Plaintiff
SHERYL HEDTKE
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHERYL HEDTKE,<br><br>                Plaintiff,<br><br>    vs.<br><br>NOKIA BROADBAND SYSTEMS, a division of NOKIA, INC., a corporation, and DOES ONE through TEN, inclusive,<br><br>                Defendants. | Case No. C 03-01178 JCS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br><br>Date of Filing: 2/13/03 |

The parties, by and through their attorneys of record, hereby jointly request that the Court continue the Case Management Conference, which is currently set for July 22, 2005, 2005. The parties request that the Case Management Conference be continued until August 5, 2005. In support of this request, the parties would show the Court the following:

\\

\\

1-SF/7223020.1

1

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE(No. C 03-

Plaintiff's counsel will be out of town on July 22, 2005.

Dated: July 1, 2005         LAW OFFICES OF LAWRENCE J. KING

                                        /s/
                            LAWRENCE J. KING
                            Attorneys for Plaintiff SHERYL HEDTKE


Dated: July 1, 2005         MORGAN, LEWIS & BOCKIUS LLP

                                        /s/
                            BRENDAN DOLAN
                            Attorneys for Defendant NOKIA INC.


### **ORDER**

IT IS HEREBY ORDERED that the Case Management Conference currently set for July 22, 2005 be continued until August 5, 2005.

Dated: July 11, 2005         /s/ Joseph C. Spero
                            Honorable Joseph C. Spero
                            United States Magistrate Judge