**United States District Court**
For the Northern District of California

1

2

3

4

5                             UNITED STATES DISTRICT COURT

6                           NORTHERN DISTRICT OF CALIFORNIA

7   SHERYL HEDTKE,                          Case No.  03-01178 JCS

8              Plaintiff(s),

9       v.                                  **ORDER EXTENDING CONDITIONAL
                                            ORDER OF DISMISSAL**
10  NOKIA BROADBAND SYSTEMS,

11             Defendant(s).
                                      /
12

13       On August 4, 2005, the Court entered a thirty (30) day Conditional Order of Dismissal.

14       On September 2, 2005, Plaintiff's filed a Certification that Consideration Has Not Been Delivered.

15       IT IS HEREBY ORDERED THAT the Conditional Order of Dismissal is extended by thirty (30)

16  days.

17       IT IS SO ORDERED.

18

19  Dated:  September 12, 2005

20                                          _____
                                            Joseph C. Spero
21                                          United States Magistrate Judge

22

23

24

25

26

27

28