**United States District Court**
For the Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT

5                    NORTHERN DISTRICT OF CALIFORNIA

6

7    SHERYL HEDTKE,                          Case No.  C-03-1178 JCS

8              Plaintiff(s),
                                             **ORDER TO SHOW CAUSE**
9         v.

10   NOKIA BROADBAND SYSTEMS,

11             Defendant(s).
     _____/
12

13         On August 4, 2004, a thirty- (30) day conditional Order of Dismissal was filed based as the parties

14   have advised the Court that they have agreed to a settlement of this case.  On September 2, 2005,

15   Plaintiff's Certification that Consideration Has Not Been Delivered was filed.  The Court then extended the

16   conditional Order of Dismissal another thirty (30) days.

17         On September 23, 2005, Plaintiff again filed a Certification that Consideration Has Not Been

18   Delivered.  Based on the foregoing and for good cause appearing, all parties and their counsel are

19   ORDERED TO APPEAR on **October 28, 2005, at 1:30 p.m.,** at 450 Golden Gate Avenue, Courtroom

20   A, 15th Floor, and SHOW CAUSE why the consideration has not been delivered.

21         **IT IS SO ORDERED.**

22

23   Dated:  September 29, 2005

24                                           _____

25                                           Joseph C. Spero
                                             United States Magistrate Judge
26

27

28