United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHERYL HEDTKE,

        Plaintiff(s),

    v.

NOKIA BROADBAND SYSTEMS,

        Defendant(s).

_____/

Case No.  C03-1178 JCS

**ORDER EXPUNGING ORDER TO SHOW CAUSE [Docket No. 63]**

      On October 28, 2005, a Show Cause Hearing was held.  Lawrence J. King, counsel for Plaintiff appeared.  Brendan Dolan, counsel for Defendant appeared.   Parties represented in Court that the settlement documents have now been executed.

      IT IS HEREBY ORDERED that the Order to Show Cause is EXPUNGED.  Plaintiff shall report to the Court within one (1) week regarding status of delivery of the consideration.

      IT IS SO ORDERED.

Dated:  October 31, 2005

                                _____
                                JOSEPH C. SPERO
                                United States Magistrate Judge